# EXHIBIT B

## INDEPENDENT CONTRACTOR AGREEMENT

**THIS INDEPENDENT CONTRACTOR AGREEMENT** ("Agreement"), dated as of January ___, 20__ ("Effective Date"), by and between **KOVA COMMERCIAL OF NAPLES, LLC D/B/A KOVA COMMERCIAL GROUP** ("Company"), and _____ ("Independent Contractor" herein referred to "IC") (Company and Independent Contractor are sometimes individually referred to herein as a "Party" and collectively referred to herein as the "Parties"), for and in consideration of their mutual promises and for their mutual benefits.

## WITNESSETH

**WHEREAS**, Company is a real estate brokerage duly licensed in the State of Florida, and is duly qualified to, and does, procure the listings of real estate for sale and lease, and does procure purchasers and lessees for real estate and does perform other acts designated within Chapter 475, Florida Statutes, and enjoys the goodwill of, and reputation for dealing with the public, and also maintains an office for the purpose of serving the public as a real estate broker; and

**WHEREAS**, Independent Contractor is licensed as an active sales associate or broker associate, and has represented to Company that he or she enjoys a good reputation for fair and honest dealing with the public;

**WHEREAS**, Independent Contractor desires the benefit of an affiliation with Company so as to permit Independent Contractor to use the goodwill of Company's name KOVA Commercial Group. (sometimes referred to herein as "KCG"), in connection with the conduct by Independent Contractor of his or her own independent business activity as a Licensed Florida real estate agent;

**WHEREAS**, Independent Contractor desires to become affiliated with Company as an independent contractor pursuant to this Agreement.

**NOW, THEREFORE**, in consideration of the premises and the mutual agreements herein set forth, the parties hereto hereby agree as follows:

1. **Recitals**. The above recitals are true and correct and the recitals by this reference are incorporated into this Agreement.

2. **Relationship of the Parties**. The relationship of Independent Contractor to Company pursuant to his or her Agreement is that of independent contractor will assist Company in the performance of commercial real estate-related services ("Services"). With respect to the clients and customers of Company for whom Services are performed within the scope of this Agreement, Independent Contractor will be construed to be an agent of Company; this Agreement shall not otherwise be interpreted or construed to create an association, employment, agency, joint venture or partnership relationship between the Parties or to impose any liability attributable to such relationship upon either Party.

3. **Term**. This Agreement will be in effect from the date this Agreement is fully executed through ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆. Company may terminate this Agreement, for any reason, and at any time, upon written notice to Independent Contractor. Independent Contractor may terminate this Agreement for any reason, and at any time, upon ▆▆▆▆▆▆ day prior written notice to Company. Failure by either Party to maintain active licensure status pursuant to Chapter 475, *Florida*

IC's Initials: _____
KCG's Initials: _____

*Statues*, will be deemed automatic termination of the Agreement. Upon and after termination by either Party or upon and after automatic termination:

3.1     Independent Contractor will not use to his/her own advantage, or to the advantage of any other person or entity, any information gained from the business of the Company relating to property for sale, or lease, or Company's customers or clients.

3.2     Independent Contractor shall deliver to or advise Company in writing of any offer received, requested to be submitted, or otherwise communicated to Independent Contractor with respect to any real estate or property listed with Company which had not, prior to such termination, been delivered, submitted or otherwise communicated in writing to Company. It is understood and agreed that upon termination of this Agreement, Company retains as its sole property all financial interest to which it, as the Company, is otherwise entitled pursuant to any such offer.

3.3     Inasmuch as all referrals assigned to Independent Contractor by Company or other associate of Company, are the property of Company, upon termination of this Agreement, such referrals shall be returned to Company, together with all documents and other instruments relating thereto upon termination of this Agreement.

3.4     In the event of termination of this Agreement, the rights of the Parties to any commission, which was paid prior to the date of termination, shall not be affected by reason of such termination.

3.5     With respect to contracts of sale or similar agreements, entered into and are fully executed prior to termination date, and has not closed before the termination, Company shall retain ▮▮▮▮▮▮▮▮ of Independent Contractor's portion of the real estate commission after termination of Independent Contractor's affiliation. Independent Contractor shall return to Company all personal property of Company, including, without limitation, any listing files, sales contract files, property brochures, sales/marketing information, all files, training materials, booklets, publications, and all office and property keys, in their possession, together with other materials belonging to or bearing the name or legal name of the Company.

3.6     With regard to listings in existence upon termination that were secured by Independent Contractor (other than direct referrals from advisors with KCG) in Company's name, Independent Contractor shall not re-list or solicit sellers to re-list with any other Company after termination of this Agreement, unless agreed upon in writing by Company.

3.7     Any outstanding charges or other monies owed to Company by Independent Contractor are due in full upon termination of this Agreement. Company may, at Company's sole discretion, offset any monies due Company from commissions earned by and due to Independent Contractor.

3.8     Independent Contractor agrees to not directly or indirectly, during the term of the Agreement and for a period of one (1) year thereafter, solicit or recruit, or attempt to recruit for employment or for independent contract with any real estate broker or any real estate organization in Collier, Lee, or Hendry Counties, Florida, any agent, employee, or independent contractor of Company.

3.9     Upon termination of this Agreement, Independent Contractor will return all of Company's property to Company with no copies made or retained by Independent Contractor.

3.10     Independent Contractor is encouraged to attend Company trainings, seminars, and symposiums.

IC's Initials: _____
KCG Initials: _____

4. **Independent Contractor's Responsibilities**. Independent Contractor will work diligently and use his/her best effort to procure real estate-related business and will conduct his/her business and perform the Services in a reputable manner and in conformance with all laws, rules, regulations and codes of ethics that are binding upon and applicable to real estate licensees.

    4.1    **Compliance**. Independent Contractor recognizes and acknowledges the obligation to keep abreast of all legal and other issues that affect the real estate industry as they may change from time to time. Independent Contractor will not commit any act that violates Florida real estate license law.

    4.2    **License Renewal; Continuing Education; Dues**. Independent Contractor will be responsible for timely renewing Independent Contractor's real estate license and for completing all legally required continuing education in a timely manner and maintaining the records that evidence such completion and provide to Company a copy of their license upon each renewal cycle, as required by the Florida Real Estate Commission. Independent Contractor will be responsible for paying all continuing education classes, license fees, any membership dues and fines.

    4.3    **Company Supervision**. Independent Contractor will be deemed to be working under Company's supervision only to the extent required by Chapter 475, *Florida Statutes*. Independent Contractor will perform all activities independently without Company's supervision or control.

    4.4    **Company Property**. Independent Contractor acknowledges that all pending sales and listings taken during the term of this Agreement are Company's property. All programs, forms, data, keys (office and client), manuals, signs and other paraphernalia relative to the business of Company are the Company's property, as well, which includes all documents and other items pertaining to transactions.

    4.5    **Property of Others**. Company does not maintain an escrow account and consequently all funds required to be held in escrow pursuant should be held by third party escrow agent such as an attorney or title company.

    4.6    **Responsibility**. Company will not be liable to Independent Contractor for any expenses, except as stated in Exhibit "A" attached hereto and incorporated herein by reference, incurred by Independent Contractor nor for any of Independent Contractor's acts. Independent Contractor will have no authority to bind Company by any promise or representation, oral or otherwise, unless specifically authorized in writing in a particular transaction. Lawsuits, whether for fees or otherwise, against clients, customers and others in the real estate business will be maintained only in Company's name. Independent Contractor is responsible for providing all tools necessary to perform the duties outlined. Independent Contractor will also be responsible for providing Independent Contractor's own automobile and is responsible for transportation expenses, insurance in the minimum coverage amount of $100,000.00 for personal injury protection liability, and insurance in the minimum coverage amount of $100,000.00 for bodily injury liability, and insurance in the minimum coverage amount of $300,000.00 for property damage liability and other expenses incidental to performing Independent Contractor's duties without receiving any reimbursement from the Company. The Company will be named as an additional insured in all such policies.

5. **Company Responsibilities**.

    5.1    **Access to Listings**. Company will provide Independent Contractor with access to all current listings of Company and listings made available to Company through offers of cooperation, except

IC's Initials: _____
KCG Initials: _____

those listings that Company, in its sole discretion, places exclusively in the possession of another sales associate.

     5.2    **Access to Facilities**. Independent Contractor may utilize Company's existing office facilities for the performance of Independent Contractor's duties as described herein so desired and available.

     5.3    **Errors and Omissions Insurance**. Company maintains errors & omission (malpractice) insurance; Independent Contractor will be added to Company's Errors & Omission coverage.

6.    **Compensation**. Company, through Independent Contractor, will negotiate all terms and conditions of fees charged to clients including but not limited to, the amount and payment date. Company will compensate Independent Contractor in proportion to Independent Contractor's output with regards to real estate-related activities and not to hours worked by Independent Contractor. Independent Contractor shall receive no salary, wages or draw. Independent Contractor's compensation will be solely through fees and/or commissions as described in the Commission Schedule attached hereto as Exhibit "B" and incorporated herein by reference, and the Referral Schedule attached hereto as Exhibit "C" and incorporated herein by reference. Company may deduct from Independent Contractor's compensation any amounts due from Independent Contractor to Company hereunder.

     6.1    When Independent Contractor performs any brokerage service for Company and Company earns a fee for such service, Company will make reasonable efforts to pay Independent Contractor within five (5) business days after the funds are collected and have cleared.

     6.3    If two or more independent contractors agree to cooperate in rendering a brokerage service to the public, or claim to have done so, the independent contractor(s) will determine commission splits and the amount of the commission due each associate in writing when the contract is presented and fully executed, and deliver same to Company. If it is an outside Independent Contractor, the information must be included on the contract or within the contract with the correct spelling of the Company and if the Independent Contractor is internal then it must be submitted on the Company's approved form ("Internal Commission Split Form"), signed by each independent contractor, Director of Operations, and Managing Broker. Independent Contractor acknowledges and agrees Company shall not be obligated to pay any split commission until Company receives the Commission Split Form. Company shall not be responsible for any dispute between independent contractors regarding agreed-upon commission splits. Independent Contractor agrees to indemnify, defend and hold harmless Company, its broker, members, managers, officers, directors, agents, representatives, employees, and each of their successors, and assigns, from and against any and all claims, losses, damages, costs of suit, expenses, and liabilities of any kind including, without limitation, attorneys' fees and costs and any deductibles on insurance policies incurred or suffered a result of, or arising out of, the commission split of two independent contractors working in cooperation pursuant to a Commission Split Form.

     6.4    Company will not provide a minimum salary, vacation pay, sick leave or any other fringe benefits to Independent Contractor.

     6.5    Company will not be required to prosecute or sue any party to collect any fee for services performed by Independent Contractor. However, if Company incurs attorney's fees and costs in the collection of or attempt to collect a fee, such amounts will be deducted from Independent Contractor's commission before Independent Contractor is paid in the same proportion as provided for herein in the division of the fee. If Company and Independent Contractor are involved in unsuccessful litigation to collect

IC's Initials: _____
KCG Initials: _____

commission, the legal fees shall be shared proportionately to the percentage split program in effect at that time.

   6.6  After termination of this Agreement for any reason, Company will pay Independent Contractor any amount earned prior to termination less amounts owed to Company and amounts Company must pay another associate to complete pending transactions for which Independent Contractor was responsible prior to termination.

7.  **Employment Taxes & Benefits**. Independent Contractor shall not be treated as an employee of Company for Federal tax purposes with respect to the Services performed for Company under this Agreement. Company will not withhold any taxes from compensation due to Independent Contractor, nor will Company provide worker's compensation insurance for Independent Contractor. Independent Contractor shall report as income all compensation received by Independent Contractor pursuant to this Agreement. Independent Contractor shall pay any and all employment or other taxes, or assessments that arise out of or are related to compensation paid to Independent Contractor by Company hereunder or that would normally be withheld from the gross amount of an employee's pay (including, but not limited to, state and federal taxes, if any, FICA, and Medicaid) (collectively "Withholding Taxes"). Independent Contractor shall indemnify Company and hold it harmless from and against all claims, damages, losses and expenses, including reasonable fees and expenses of attorneys and other professionals, relating to any obligation imposed by law on Company to pay any Withholding Taxes, social security, unemployment or disability insurance, or similar requirements in connection with compensation received by Independent Contractor pursuant to this Agreement. In accordance with current law, Company shall annually file with the US Internal Revenue Service a form 1099 reflecting the gross annual payments by Company to Independent Contractor pursuant to this Agreement. Except as expressly set forth in this Agreement, Independent Contractor will not be entitled to participate in any plans, arrangements, or distributions by Company pertaining to any bonus, stock option, profit sharing, insurance or similar benefits for Company's employees.

8.  **Indemnification**. Independent Contractor agrees to indemnify, defend and hold harmless Company, its broker, members, managers, officers, directors, agents, representatives, employees, and each of their successors, and assigns (the "Indemnitees"), from and against any and all claims, losses, damages, costs of suit, expenses, and liabilities of any kind including, without limitation, attorneys' fees and costs and any deductibles on insurance policies incurred or suffered by Indemnitees as a result of, or arising out of, any of the following: (i) the acts, omissions, negligence, misconduct and/or unethical conduct of Independent Contractor or anyone working under Independent Contractor (including personal assistants); (ii) a default by Independent Contractor under this Agreement or the Policies; and/or (iii) the violation by Independent Contractor of any code, statute, ordinance, rule or regulation applicable to Independent Contractor. Notwithstanding anything to the contrary herein, Indemnitees shall be permitted to be represented by their own counsel, and Independent Contractor shall reimburse Indemnitees for all expenses connected therewith, including, but not limited to, reasonable attorneys' fees and costs incurred in the prosecution or defense of any action to enforce the provisions of this Agreement. Independent Contractor acknowledges that Independent Contractor is solely responsible for providing Independent Contractor's own legal defense with respect to claims and lawsuits brought by third-parties against Independent Contractor unless Company's errors and omissions insurer agrees to provide a defense at the insurance carrier's expense. This indemnity obligation shall survive the termination of this

9.  **Return of Company Property**. Independent Contractor agrees that following the termination of this Agreement for any reason, it shall return all property of the Company (Per Sec. 3.5), its subsidiaries, affiliates and any divisions thereof in which Independent Contractor may have worked which is then in or thereafter comes into Independent Contractor's possession, including, but not limited to, all Confidential

IC's Initials: _____
KCG Initials: _____

Information (as defined below), documents, contracts, agreements, plans, photographs, books, notes, data stored electronically on tapes, computer disks or in any other manner and all copies of the foregoing as well as any other materials or equipment supplied by the Company to the Independent Contractor.

10. **Confidential Information and Restrictive Covenants.**

    10.1 **Definitions.**

        10.1.1 **Confidential Information.** Confidential Information shall mean any information or materials that has obtained or that has been disclosed to Independent Contractor, whether intentionally or unintentionally, as a result of Independent Contractors' association and relationship with Company, relating to Company or its business, and the business of its affiliates and subsidiaries, Company's clients, prospects, or referral sources, regardless of whether any such information is marked as confidential or proprietary, and regardless of its medium, including, without limitation, (a) the name of, or any list or lists which identify, any clients, customers, referral sources, prospects, financial institutions, officer, director, shareholder, employee, member, consultant, or agent of Company; (b) any forms, agreements, or documents developed by or for Company; (c) the business and marketing plans or objectives of Company; (d) any financial or management procedures of Company; (e) any procedures developed by Independent Contractor during the term of this Agreement or by any officer, director, shareholder, employee, member, consultant, or agent of Company at any time; (f) any databases, computer programs, computer printouts, files, records software, business strategies, strategies for developing new customer, client and professional relationships documents, or other papers, information, or materials concerning Company's business or financial affairs, Company clients, prospects, or referral sources; (g) any other information not generally known that is disclosed to Independent Contractor or known by Independent Contractor as a consequence of Independent Contractors' association and relationship with Company; (h) Company's concepts, trademarks, service marks; (i) proprietary processes and such proprietary information included in manuals or memoranda; and (j) any other information or materials related to any of the foregoing. Such Confidential Information that is generated by or for Company is a valuable, special, and unique asset of Company's business, access to and knowledge of which are essential to the performance of Independent Contractor's duties hereunder.

    10.2 **Protection of Confidential Information**. Independent Contractor acknowledges that Independent Contractor will acquire Confidential Information. Independent Contractor covenants and agrees that Independent Contractor shall not, except in connection with the performance of Independent Contractor's Services hereunder or except with the prior written consent of Company, at any time during or following the expiration or termination of this Agreement, directly or indirectly, disclose, divulge, reveal, report, publish, transfer, or use, for any purpose whatsoever, Confidential Information, provided, however, Independent Contractor is entitled to disclose such Confidential Information to Independent Contractor's attorneys, accountants, or financial advisors who have a "need to know" such information in their capacities as advisors to Independent Contractor; and further provided, Independent Contractor shall be responsible for any breach of this Section 10 by any of those attorneys, accountants, or financial advisors. IC further covenants and agrees not to remove any Confidential Information from the premises of Company and to promptly return any Confidential Information to Company that Independent Contractor may at any time discover to be in his possession. These obligations to protect Confidential Information shall survive any expiration or termination of this Agreement.

    10.3 **Non-Circumvention**. In consideration of Company's disclosure of Confidential Information, the Independent Contractor shall not at any time, attempt in any manner to commercially exploit the proposed business concepts and plans of Company or use any of the Confidential Information without Company's prior written consent, that may be given or withheld by Company at its sole discretion.

IC's Initials: _____
KCG Initials: _____

This non-circumvention obligation will survive any expiration or termination of this Agreement for a period of sixty months.

10.4 **Remedies/Injunction**. Independent Contractor acknowledges and agrees that the covenants and undertakings contained in this Section 10 relate to matters which are of a special, unique and extraordinary character, are necessary to protect the legitimate business interests of Company and that a violation of any of the terms of this Section 10 will cause immediate, irreparable and incalculable damage to Company and Company's Business, and that the amount of such injury will be difficult, if not impossible, to estimate or determine and cannot be adequately compensated by monetary damages. Therefore, Independent Contractor acknowledges that Company shall be entitled, as a matter of course, to an injunction, restraining order or other equitable relief which may be obtained and enforced in any court of competent jurisdiction, restraining any violation or threatened violation of any of such terms by Independent Contractor or by such other persons as the Court shall order. Company shall also be entitled to require Independent Contractor to account for and pay over to Company all compensation, profits, moneys, accruals, increments or other benefits derived from or received as a result of any transactions constituting a breach of the covenants contained in this Agreement, if and when final judgment of a court of competent jurisdiction is so entered against Company. Furthermore, Company may seek a temporary injunction or restraining order from any court of competent jurisdiction, restraining any violation or threatened violation of any of such terms of this Section 10 by Independent Contractor or by such other persons as the Court shall order. Independent Contractor agrees that the covenants and undertakings contained in this Section 10 do not impose a greater restraint than necessary to protect the Company's legitimate business interests. If, at the time of enforcement of any provision contained in this Section 10, a court holds that the restrictions stated herein are unreasonable under the circumstances then existing, Independent Contractor and Company agree that the maximum scope or period shall be substituted for the scope or period so as to protect the Company to the greatest extent possible under applicable law. In the event that Company shall bring any action, suit or proceeding against Independent Contractor for the enforcement of this Agreement, the calculation of the restricted time periods set forth in this Section 10 shall not include the period of time commencing with the filing of the action, suit or proceeding to enforce this Agreement through the date of the final judgment or final resolution (including all appeals, if any) of such action, suit or proceeding.

10.5 **Reasonableness of Restrictive Covenants and Remedies**. INDEPENDENT CONTRACTOR HAS CAREFULLY READ AND CONSIDERED THE PROVISIONS OF THIS SECTION 10 AND THE TERMS AND PROVISIONS HEREIN, INCLUDING THE RESTRICTIVE COVENANTS, AND HAVING DONE SO, AGREES THAT THE RESTRICTIVE COVENANTS SET FORTH HEREIN AND THE REMEDIES AFFORDED COMPANY HEREUNDER ARE FAIR, REASONABLE, EQUITABLE, REASONABLY REQUIRED FOR THE PROTECTION OF THE LEGITIMATE BUSINESS INTERESTS OF COMPANY AND ITS GOODWILL, NOT OVERBROAD, NOT OVERLONG, AND THAT THE RESTRICTIONS CONTAINED HEREIN WILL NOT ADVERSELY AFFECT THE ABILITY OF INDEPENDENT CONTRACTOR TO PERFORM SERVICES TO OTHERS.

11. **Indebtedness of Independent Contractor to Company.** If Independent Contractor becomes at any time indebted to Company, Company shall, if it so elects, have the right to set off and to collect any sums due it from Independent Contractor out of any amounts due the Independent Contractor as compensation or otherwise. In addition, if this Agreement expires or is terminated by either party, then all sums owed by Independent Contractor to Company shall become immediately due and payable. This provision shall survive the expiration and termination of this Agreement

12. **Assistance in Litigation**. Independent Contractor and Company covenant and agree that upon reasonable notice and without further payment or consideration from the requesting party, shall furnish such information and proper assistance to the requesting party as may be reasonably required in

IC's Initials: _____
KCG Initials: _____

connection with any litigation in which the requesting party is, or may become, a party, at any time, including following the expiration or termination of this Agreement. This provision shall survive the expiration and termination of this Agreement.

13.     **Dispute Resolution**. Independent Contractor covenants and agrees that upon reasonable notice and without further payment or consideration from Company, Independent Contractor shall furnish such information and proper assistance to Company as may be reasonably required by Company in connection with any litigation in which Company is, or may become, a party, at any time, including following the expiration or termination of this Agreement. This provision shall survive the expiration and termination of this Agreement.

14.     **Entire Agreement; Amendment; Waiver**.  This Agreement and the other documents and agreements referred to herein and therein, constitute the entire agreement of the parties, superseding and terminating any and all prior or contemporaneous oral and prior written agreements, understandings or letters of intent between or among the parties with respect to the subject matter of this Agreement. No part of this Agreement may be modified or amended, nor may any right be waived, except by a written instrument which expressly refers to this Agreement, states that it is a modification or amendment of this Agreement and is signed by the parties to this Agreement, or, in the case of waiver, by the party granting the waiver. No course of conduct or dealing or trade usage or custom and no course of performance shall be relied on or referred to by any party to contradict, explain or supplement any provision of this Agreement, it being acknowledged by the parties to this Agreement that this Agreement is intended to be, and is, the complete and exclusive statement of the agreement with respect to its subject matter. Any waiver shall be limited to the express terms thereof and shall not be construed as a waiver of any other provisions or the same provisions at any other time or under any other circumstances.

15.     **Representations of Independent Contractor**. Independent Contractor represents and warrants to Company that the execution and delivery of this Agreement, the consummation of the transactions contemplated herein and compliance with the terms herein contained will not violate or cause a breach of any contract, agreement or fiduciary relationship to which Independent Contractor is a party.

16.     **Successors**.  Each and all of the provisions of this Agreement shall be binding upon and inure to the benefit of the parties hereto and, except as otherwise specifically provided in this Agreement, their respective permitted successors and assigns.

17.     **Notices**. All notices provided for in this Agreement shall be in writing signed by the Party giving such notice sent by registered or certified mail, return receipt requested, hand delivery, commercial next business day courier (such as FedEx or UPS), by facsimile or email transmission or similar means of communication if receipt is confirmed or if transmission of such notice is confirmed, addressed as follows:

        If to the Company:        KOVA Commercial of Naples, LLC
                                                    d/b/a KOVA Commercial Group
                                                    9130 Galleria Court, Suite 100
                                                    Naples, FL  34109

        If to the Independent Contractor:


or at such other address as shall be indicated to either party in writing. Notice of change of address shall be effective only upon receipt.

                                                                                        IC's Initials: _____
                                                                                       KCG Initials: _____

18. **Captions**. The captions and paragraph numbers appearing in this Agreement or an exhibit or schedule hereto are inserted only as a matter of convenience. They do not define, limit, construe or describe the scope or intent of the provisions of this Agreement.

19. **Partial Invalidity**. If any term or provisions of this Agreement, or the application thereof to any person or circumstance, shall be invalid or unenforceable, the remainder of this Agreement, or the application of such term or provision to persons or circumstances, other than those as to which it is held invalid, shall both be unaffected thereby and each term or provision of this Agreement shall be valid and be enforced to the fullest extent permitted by law.

20. **Applicable Law, Jurisdiction, Venue and Forum**. This Agreement shall be construed and governed under and by the laws of the State of Florida, without respect to principles of choice or conflicts of law. The parties hereby agree that exclusive venue for any legal action authorized hereunder shall be in Collier County, Florida, and that jurisdiction shall be vested exclusively in the Circuit Court in and for Collier County, Florida.

21. **Contract Assignment and Delegation**. Independent Contractor may not subcontract, assign, transfer or delegate the performance of his or her duties hereunder without the express prior written approval of the Company. Company may subcontract, assign, transfer or delegate the performance of its duties and its rights and obligations under this Agreement.

22. **Attorneys' Fees**. In the event any litigation, mediation, arbitration, or controversy between the Parties arises out of or relates to this Agreement, the prevailing party in such litigation (including appeals) from, mediation, arbitration or controversy shall be entitled to recover from the other party all reasonable attorneys' fees, expenses and suit costs, including those associated with any appellate proceedings or any post-judgment collection proceedings

23. **Company Policies**. Independent Contractor hereby agrees to be bound by Company's Policies and Procedures, as amended from time to time, the Policy on Sexual Harassment attached hereto as Exhibit "D" . A breach of the Policies by Independent Contractor may be deemed a breach of this Agreement in Company's sole in absolute discretion.

24. **Survival of Obligations**. The obligations of the parties set forth in this Agreement shall survive termination of this Agreement.

25. **Counterparts**. This Agreement may be signed in counterpart and an executed facsimile or PDF version of the Agreement shall be effective as if original. The parties hereto agree that facsimile signatures shall be as effective as if originals.

[SIGNATURES TO FOLLOW ON NEXT PAGE]

IC's Initials: _____
KCG Initials: _____

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date and year first above written.

**COMPANY:** **KOVA Commercial of Naples, LLC**
**d/b/a Kova Commercial Group**

By: _____
[Name]
[Title]

**INDEPENDENT CONTRACTOR:**

By: _____
[Name]
[Title]

IC's Initials: _____
KCG Initials: _____

**Exhibit "A"**
**Company Expenses**

1. **Standard marketing support at Company's discretion as follows:**
    i. One 4 x 4 V-sign per listing, including two riders; or l-post with one rider; additional signs may be provided in Company's sole discretion and only with Company's written approval.
    ii. Flyer preparation.
    iii. Basic Co-star/LoopNet listing (premium only in Company's sole discretion).
    iv. Company website listing.
    v. Company e-flyer.
    vi. Print media advertising may be provided in Company's sole discretion and only with Company's written approval.
    vii. Press releases may be provided in Company's sole discretion and only with Company's written approval.
    viii. Proprietary contact database management subject to the restrictive covenants set forth in the Agreement.
    ix. Marketing packages.

2. **Specialized marketing support may be provided in Company's sole discretion on a case by case basis:**
    i. Specialized signs and riders that differ in type, design or quantity from those set forth in 1(i) above.
    ii. Special features e-flyer.
    iii. Target marketing activities.
    iv. Special print media advertising, including post cards.

3. **General office support as follows:**
    i. General office furniture and work station, if available.
    ii. One box of 500 business cards per calendar year.
    iii. Company stationary and envelopes.
    iv. General administrative support for phone service and answering.
    v. The reasonable use of copiers, printers, fax machines, and company software as directed by Company; exclusive of use for mass mailings.
    vi. Company's internet (Company will pay initial set up for new computer and phone), to include Independent Contractor; however, any costs required to make Independent Contractor's hardware of software (including phone and email) compatible with Company's systems shall be paid for by Independent Contractor.
    vii. Office phone and voicemail.
    viii. Standard first-class US Mail postage for the marketing of Company listings and Company business correspondence; exclusive of mass mailings.
    ix. Accounting services as it relates to IC's productivity within the company

IC's Initials: _____
KCG Initials: _____

**Exhibit "B"**
**Commission Schedule**

1. Subject to the remaining provisions of this Exhibit "B", Independent Contractor's compensation shall be paid by Company pursuant to the following commission schedule ("Commission Schedule"):

| Gross Commission Bottom | Gross Commission Top | Independent Contractor's Commission Percentage |
|---|---|---|
| ■ | ■ | ■ |
| ■ | ■ | ■ |
| ■ | ■ | ■ |
| ■ | ■ | ■ |
| ■ | ■ | ■ |

2. "Gross Commission" shall be defined as the gross commission revenues received by Company and allocated to Independent Contractor's production in a transaction. Independent Contractor's Commission Percentage (as set forth on the schedule in Section 1 of this Exhibit A above), shall be calculated based on Independent Contractor's Gross Commission.

3. ■■■■■■■■■■■■■■■■■■■■■■

4. The term "House Assignment" shall be defined as a client, or sale or lease listings, for properties owned, controlled, referred, or managed by Company, and all KOVA-related companies, including, without limitation, KOVA Partners, a Florida limited liability company, KOVA Property Management, LLC, a Florida limited liability company, KOVA Real Estate, a Florida limited liability company, KOVA Commercial, a Florida limited liability company, KOVA Commercial of Naples, LLC, a Florida limited liability company, KOVA Commercial of Fort Myers, a Florida limited liability company, , their parent company(ies), affiliate(s), subsidiary(ies), and related companies (collectively, "KOVA Entities"), and all of their members, managers, shareholders, directors, or executive officers, including companies owned, whether wholly or partially, managed, operated, or controlled by their members, managers, shareholders, directors, or executive officers. House Assignments shall exclude properties referred by Independent Contractor to KOVA Property Management, LLC or KOVA Property Management, LLC. House Assignments shall be assigned by Company to Independent Contractor. Determination of House Assignments shall be determined by Company upon execution of the listing agreement, or such other applicable agreement.

   i. The commission paid (pursuant to the Commission Schedule), by Company to Independent Contractor for a House Assignment transaction ■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■. Notwithstanding the foregoing, ■■■■■■■■■■■■■■■■■■■■■■■■■■■■ By way of example only, ■■■■■■■■■■■■■■

IC's Initials: _____
KCG Initials: _____

reduced by the royalty owed to Company (for purposes of this example, 5%), to $95,000.00; (ii) then by the House Assignment Reduction to $71,250.00, (iii) for purposes of calculating Independent Contractor's Commission Percentage, Gross Commission shall be based on $100,000.00, and (ii), if Independent Contractor's Commission Percentage is 65% then Independent Contractor shall be paid $46,312.50. Notwithstanding the foregoing, if (i) Company assigns a House Assignment to Independent Contractor, (ii) Independent Contractor procures a purchaser or tenant for the House Assignment assigned to Independent Contractor by Company, and (iii) no commission is paid to a co-broker, then ████████████████████████████████████████████████████████████████████████████████████████████████████████████████

    ii.    Excluding properties owned by Anthony L. Emma, Jr., either individually or through an entity owned or managed by Anthony L. Emma, Jr., or KOVA Entities, if Independent Contractor ████████████████████████████████████████████████████████████████████████████████████████████████████

5.    For the purpose of calculating the Independent Contractor's Commission Percentage in the beginning of a Commission Year ████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

6.    Independent Contractor shall retain ████████████ of the commissions earned by Independent Contractor on the sale or purchase of Independent Contractor's homestead residence. This provision is limited to one sale of Independent Contractor's homestead residence every two years.

7.    Upon Independent Contractor achieving certain levels of Gross Commission as set forth in the table immediately below, ████████████████████████████████████████████████████████████████████████████████████████

| Gross Commission | Reimbursement Level |
|---|---|
| ████████ | ██████ |
| ████████ | ██████ |
| ████████ | ██████ |

    i.    Up to ████████████ of travel and attendance costs for Company approved education, professional, or trade organization seminars, classes or meetings, excluding

IC's Initials: _____
KCG Initials: _____

Independent Contractor's continuing education required to maintain Florida real estate licensing, with a maximum Company share as listed in the table above.

ii. Up to ███████████████ of membership dues for community organizations approved by Company, excluding membership with the Naples Area Board of Realtors, Lee County Association of Realtors, and chamber of commerce organizations, with a maximum Company share as listed in the table above.

In the event Independent Contractor has met or exceeded the Gross Commission thresholds in the immediate previous Commission Year with Company, and the expense or fees are payable prior to Independent Contractor reaching the Gross Commission levels for the current Commission Year, ███████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

IC's Initials: _____
KCG Initials: _____

**Exhibit "C"**
**Referral Schedule**

| Department | Referral Fee |
|---|---|
| Property Management* | ■■ ■■■■■■■■■■■■■■■■■■ ■■■■■■■■■■■■■■■■■■■■■■ ■■■■■■■■■■■■■ |
| Construction (Tenant improvements not included)** | ■■■■■■■■■■■■■ |
| Development** | ■■■■■■■■■■■■■■■■■■■■■■ ■ |
| | |

\* Property management referral fees shall be paid in arrears monthly by KOVA Property Management LLC, as may be applicable.
\*\* Construction and development referral fees shall be governed and paid by independent referral agreements, but in no event earlier than upon such company's receipt of payment.

**Exhibit "D"**
**Policy on Sexual Harassment**

**Company will not tolerate sexual harassment and/or misconduct, in any form.** Sexual harassment and/or misconduct can take many forms but the most obvious forms would be:

> **Unwelcome sexual advances, requests for sexual favors, any verbal or physical conduct of a sexual nature, sexual or vulgar jokes, vulgar language, sexual innuendoes, pornographic pictures, sexual gestures, physical grabbing or pinching, and other unwelcome or offensive physical touching or contact.**

Harm caused by sexual harassment and/or misconduct is often extreme and can include humiliation, loss of dignity, psychological (and sometimes physical) injury, and damage to professional reputation and career. Sexual harassment and/or misconduct are not a joking matter and Company has adopted a zero-tolerance policy for sexual harassment or misconduct in any form. It simply will not be allowed.

The managerial representative(s) designated from time to time in Company office policy manual, or any supplement thereto, have been designated the management representative for anyone wanting to discuss or report sexual harassment or misconduct. Employees or independent contractors of Company may request a confidential meeting with any of the managers regardless of the office to which they are assigned. During the meeting, a report will be generated by the appropriate manager on one of the company's "Corrective Action Reports". Company will, within a three-day period of time, confront the employee or independent contractor accused of the sexual harassment and/or misconduct. If, in Company's discretion, the employee or independent contractor is deemed to have committed the offense, they will receive one written warning to cease all sexual harassment and/or misconduct, or face termination. If a second occurrence is brought to the attention of management and management deems that sexual harassment and/or misconduct have once again occurred the offending employee or independent contractor will be immediately terminated from the company.

Receipt Acknowledged:

_____
Print Name:

_____
Date

IC's Initials: _____
KCG Initials: _____

IC's Initials: _____
KCG Initials: _____